**Dismiss and Opinion Filed June 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00597-CR
No. 05-13-00604-CR
No. 05-13-00605-CR
No. 05-13-00606-CR

**SAMUEL NEITHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-00941-M, F10-00942-M, F10-00943-M, F10-00944-M**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130597F.U05